IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**DAVID WILLIAMS, et al**

    **Plaintiffs,**

**v.**                                                    CV 09-PT-1442-M

**KOCH FARMS OF GADSDEN, LLC,**
**et al**

    **Defendants.**

MEMORANDUM OPINION
AND ORDER

    This cause comes on to be heard on the Defendants' Motion to Compel Arbitration and Stay Litigation filed on November 18, 2009.  The motion will be granted.

    The defendants' letter of August 14, 2008 was not a modification but an implementation of the earlier agreement.  Also see *Joe Hudson Collision Center v. Dymond*, No. 1060809 decided by the Supreme Court of Alabama on December 30, 2009.  The arbitrator may decide that the case is not arbitrable.  This court **GRANTS** the subject motion and stays the action pending any decision by the arbitrator.

    The defendants will pay costs of arbitration, exclusive of any attorney fees of the plaintiffs unless such fees are awarded by the arbitrator.  The defendants will initiate arbitration within fifteen (15) days.

**DONE** and **ORDERE**D this the 26th day of January, 2010.

                                         **ROBERT B. PROPST**
                          **SENIOR UNITED STATES DISTRICT JUDGE**